# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

REGINA PINKSTON,
Individually and as Personal
Representative of the ESTATE OF
LONNIE B. PINKSTON, LINDA
JENKINS, PAMELA DUPREE and
DEBORAH SMITH,

        Plaintiff,

        v.

CHRISTIANA CARE HEALTH
SERVICES, INC., COLON and
RECTAL SURGERY ASSOCIATES
OF DELAWARE, PA, and
FREDERICK J. DENSTMAN, M.D.,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

C.A. No.: N24C-12-315 FJJ

## ORDER REGARDING AFFIDAVIT OF MERIT CONCERNING MEDICAL CARE PROVIDED TO LONNIE B. PINKSTON

This 3rd day of March, 2025, the Court has reviewed *in camera* Plaintiffs' affidavit of merit pursuant to 18 *Del. C.* §§6853(a)(3), and 6853(d). Having done so, the Court finds:

1. An expert witness has signed the affidavit of merit.

2. The affidavit is accompanied by a current *curriculum vitae* of the expert witness.

3. The expert witness who signed the Affidavit represents he is Board Certified in the field of General Surgery and Colorectal Surgery.

1

4.    The Affidavit indicates the expert witness was licensed to practice medicine as of the date of the Affidavit.

5.    The Affidavit indicates the expert witness has been engaged in the treatment of patients and/or in the academic side of the field of General Surgery and Colorectal Surgery for at least three years preceding the acts alleged in the Complaint.

6.    The Affidavit includes an opinion that all of the named Defendants breached the applicable standard of care in this case, and that this breach was the proximate cause of the injuries alleged in the Complaint.

Based on the foregoing, the Court finds that the affidavit of merit **complies** with the requirements of 18 *Del. C.* §6853(a)(1), and §6853(c).

**IT IS SO ORDERED.**

*/s/ Francis J. Jones, Jr.*
Francis J. Jones Jr., Judge

cc: File&ServeXpress